# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>    vs.<br><br>PNS Stores, Inc. dba Big Lots #4303,<br><br>    Defendant.<br>_____ / | Case No.  5:14-cv-00436-JGB-DTB<br><br>**Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant, PNS Stores, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:  December 9, 2014

_____
United States District Judge